FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR - 2 2019 ★

BROOKLYN OFFICE

MEG:WPC:BS/HL/AM
F. #2019R00479

**TISCIONE, M.J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

BRIAN BATEMAN,

Defendant.

- - - - - - - - - - - - - - - - X

MISDEMEANOR
INFORMATION

No. 19-mj-301

(T. 49, U.S.C., § 46506(1); T. 18, U.S.C.,
§§ 113(a)(5) and 3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

SIMPLE ASSAULT

On or about July 13, 2018, on an aircraft in the special aircraft jurisdiction of the United States, to wit: Brussels Airlines Flight SN 502, which originated at John F. Kennedy International Airport in the Eastern District of New York and was bound for Brussels, Belgium, the defendant BRIAN BATEMAN did knowingly and intentionally assault Jane Doe, an individual whose identity is known to the United States Attorney, which assault would constitute a violation of Title 18, United States Code, Section 113(a)(5) if committed in the special maritime and territorial jurisdiction of the United States.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 et seq.)

*Richard P. Donoghue*
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK